UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAIGE BENASUTTI, et al.,
Plaintiffs,

v.

SMARTE, INC.,
Defendant.

Case No. 26-cv-03764-EKL

**ORDER REGARDING SUMMARY JUDGMENT SCHEDULE**

Re: Dkt. No. 27

On September 2, 2026, the parties appeared before Judge Eumi K. Lee for a case management conference. Having considered the parties' positions, the Court ADOPTS Defendant's proposal to proceed with a motion for summary judgment on the issue described in the parties' joint status report. *See* ECF No. 27 at 1-2. Defendant's opening brief and Plaintiffs' opposition brief are limited to fifteen pages each, and Defendant's reply brief is limited to eight pages. The parties are reminded that the Court's Standing Order for Civil Cases provides additional requirements for summary judgment practice, including the filing of a separate statement of undisputed facts.

The case shall proceed according to the schedule set forth below. Absent further order of the Court, discovery shall be limited to information that is relevant to the issue presented in Defendant's forthcoming motion for summary judgment. Defendant need not respond to already-issued discovery requests.

The parties shall appear for a further case management conference on June 9, 2027, at 1:30 p.m. via Zoom. The parties shall submit a joint case management statement, including a proposed schedule for remaining case deadlines, fourteen days before the case management conference.

United States District Court
Northern District of California

**Case Schedule**

| Event | Deadline |
|---|---|
| Initial case management conference held | September 2, 2026 |
| Deadline to request leave to amend pleadings per Fed. R. Civ. P. 15 | September 16, 2026 |
| Deadline to file motion for summary judgment | September 23, 2026 |
| Deadline to serve discovery requests for summary judgment opposition | October 23, 2026 |
| Deadline for Defendant to respond and object to discovery requests | November 23, 2026 |
| Deadline for Defendant to substantially complete document production | December 14, 2026 |
| Deadline for parties to file joint letter regarding discovery disputes | January 6, 2027 |
| Deadline for Plaintiffs to conduct Rule 30(b)(6) deposition(s) | February 5, 2027 |
| Deadline to file opposition to motion for summary judgment | March 8, 2027 |
| Deadline to file reply in support of motion for summary judgment | March 29, 2027 |
| Hearing on Defendant's motion for summary judgment | April 28, 2027 |
| Further case management conference | June 9, 2027 |

The parties may not modify these dates without leave of court. Civil L.R. 6-1(b); Fed. R. Civ. P. 16(b)(4).

**IT IS SO ORDERED.**

Dated: September 2, 2026

Eumi K. Lee
United States District Judge