**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PAIGE BENASUTTI and KELLY HUISKAMP, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMARTE, INC.,<br><br>Defendant. | Case No. 5:26-cv-03764-EKL<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATED REQUEST FOR EXTENSION AS MODIFIED**<br><br>Re: Dkt. No. 34 |

The Court, having read and considered the parties' joint stipulation, ECF No. 34, and finding GOOD CAUSE thereon, hereby grants the stipulated sixty (60) day extension to all deadlines set forth in the Court's Order Setting Summary Judgement Schedule, ECF No. 32.

IT IS SO ORDERED, that:

All deadlines set forth in the Court's Order Setting Summary Judgement Schedule (ECF No. 32) shall be extended by sixty (60) days. By November 16, 2026, the parties shall file dismissal papers or a status report. If the settlement relates solely to the named plaintiffs' claims, the dismissal papers shall clearly state that dismissal is without prejudice to the claims of absent class members.

Dated: September 16, 2026

Hon. Eumi K. Lee
United States District Judge